IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GARRY GREER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 14-1298-JDT-egb |
| | ) | |
| LEE CARTER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING REQUEST TO STOP COLLECTION OF THE FILING FEE

Plaintiff Garry Greer, an inmate at the Carroll County Jail in Huntingdon, Tennessee, filed this *pro se* complaint pursuant to 42 U.S.C. § 1983, accompanied by a motion seeking leave to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) The Court granted leave to proceed *in forma pauperis* and assessed the civil filing fee pursuant to the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. §§ 1915(a)-(b). (ECF No. 6.) On January 8, 2015, the Court issued an order dismissing the complaint for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). (ECF No. 8.) Judgment was entered on January 12, 2015. (ECF No. 9.)

On February 13, 2015, the Clerk received a letter from Plaintiff in which he states:

> I would like for you take this case off the Jail at Huntingdon, TN inmate trust fund account #1.14-cv-1298-JDT-egb A.S.S.P. "Stop payment please it's dismiss."

(ECF No. 10.) The Court surmises that Plaintiff is asking that the Carroll County Jail be directed to stop collecting the installment payments for the filing fee and/or remove the debt from his trust account because the case has now been dismissed.

Plaintiff's request is not well taken. The obligation to pay the filing fee accrues at the moment the case is filed, *see McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013), and does not depend on whether the case is ultimately dismissed or is allowed to proceed. *Id.* at 607; *see also In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002). Therefore, the request to stop collection of the filing fee is DENIED.

IT IS SO ORDERED.

                                              s/ **James D. Todd**
                                              JAMES D. TODD
                                              UNITED STATES DISTRICT JUDGE